UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**

Debtor(s):
**Charles Timothy Murphy**

Plaintiff(s):
**Charles Timothy Murphy**

−vs−

Defendant(s):
**Sallie Mae Servicing, et al.**

Judge: **PAT E MORGENSTERN−CLARREN**

Bankruptcy Case: **14−14888−pmc**

Adv.Proc.No: **14−01202−pmc**

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE

To the above−named defendant(s):

You are summoned and required to serve upon **Wesley Alton Johnston**, plaintiff's attorney, whose address is **1714 Boardman Poland Road #9, Poland OH 44514**, either a motion or an answer to the attached complaint that is now served upon you. If you elect to respond first by motion, Bankruptcy Rule 7012 governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney by **December 10, 2014**, except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of summons.

*[If this summons and complaint are served in a foreign country]* Service of your answer must be made by the following date prescribed by the court:

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET AT THE FOLLOWING TIME AND PLACE: **January 8, 2015** at **08:45 AM , 201 Superior Avenue, Howard M. Metzenbaum, U.S. Courthouse, Cleveland, OH 44114**

**ATTENDANCE AT PRE−TRIAL AT THE TIME STATED ABOVE IS REQUIRED UNLESS OTHERWISE AUTHORIZED BY THE COURT.**

**Kenneth J. Hirz,**
*Clerk of Bankruptcy Court*

By: **/s/ Gregory Nunn,**
*Deputy Clerk, US Bankruptcy Court*

Date of issuance: November 10, 2014

**Date:** November 10, 2014 Form ohnb310

Adversary Proceeding No. <u>14–01202–pmc</u> :

# CERTIFICATE OF SERVICE

I, 
of** 
certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age;
    That on the                  day of                , 20    ,
I served a copy of the within summons and notice of pretrial conference, together with the complaint filed in this proceeding, on

the defendant(s) in this proceeding, by [describe here the mode of service]

the said defendant(s) at

certify under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
                    [Date]                                  [Signature]

_____
** State mailing address