# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

**In re:**

Debtor(s):
**Charles Timothy Murphy**

Plaintiff(s):
**Charles Timothy Murphy**

−vs−

Defendant(s):
**Sallie Mae Servicing, et al.**

Judge: **PAT E MORGENSTERN−CLARREN**

Bankruptcy Case: **14−14888−pmc**

Adv.Proc.No: **14−01202−pmc**

## SUMMONS AND NOTICE OF PRE−TRIAL CONFERENCE

To the above−named defendant(s):

You are summoned and required to serve upon **Wesley Alton Johnston**, plaintiff's attorney, whose address is **1714 Boardman Poland Road #9, Poland OH 44514**, either a motion or an answer to the attached complaint that is now served upon you. If you elect to respond first by motion, Bankruptcy Rule 7012 governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney by **December 10, 2014**, except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of summons.

*[If this summons and complaint are served in a foreign country]* Service of your answer must be made by the following date prescribed by the court:

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.

YOU ARE HEREBY NOTIFIED THAT A PRE−TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET AT THE FOLLOWING TIME AND PLACE: **January 8, 2015** at **08:45 AM** , 201 Superior Avenue, Howard M. Metzenbaum, U.S. Courthouse, Cleveland, OH 44114

**ATTENDANCE AT PRE−TRIAL AT THE TIME STATED ABOVE IS REQUIRED UNLESS OTHERWISE AUTHORIZED BY THE COURT.**

**Kenneth J. Hirz,**
*Clerk of Bankruptcy Court*

By: **/s/ Gregory Nunn,**
*Deputy Clerk, US Bankruptcy Court*

Date of issuance: November 10, 2014

**Date:** November 10, 2014 Form ohnb310

Adversary Proceeding No. <u>14-01202-pmc</u>

## **CERTIFICATE OF SERVICE**

I, Wesley A. Johnston, of 1714 Boardman Poland Road Suite #9, Poland, Ohio 44514 certify:

That I am, at all times hereinafter mentioned was, more than 18 years of age;

That on the 19th day of November, 2014, I served a copy of the within Summons and Notice of Pre-Trial Conference, Adversary Case Management Initial Order, and Complaint filed in this proceeding, on:

SALLIE MAE SERVICING
P. O. Box 9500
Wilkes Barre, PA 18773

EDUCATION DEPARTMENT
Office of General Counsel
400 Maryland Avenue, SW, Rm. 6E353
Washington, D.C. 20202

EDUCATION DEPARTMENT
50 Beale Street, Suite 8200
San Francisco, CA 94105

U.S. DEPARTMENT OF EDUCATION
Direct Loan Servicing Center
P.O. Box 5609
Greenville, TX 75403

the defendants in this proceeding, by both ordinary 1st class U.S. Mail and by certified mail, this 19th day of November, 2014.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   11/19/14
           Date

Wesley A. Johnston (0061166)
1714 Boardman Poland Road Suite #9
Poland, Ohio 44514
Phone: (330) 746-6301
Fax: (330) 743-3559
Email: wesleyajohnston@gmail.com
Attorney for Plaintiff Charles T. Murphy

7012 2920 0001 4867 1158

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94105

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $1.19 | 0431 |
| Certified Fee | | $3.30 | 14 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.49 | 11/19/2014 |

Postmark: NOV 19 2014

Sent To: Education Department

Street, Apt. No.; or PO Box No.: 50 Beale St Suite E200

City, State, ZIP+4: San Francisco CA 94105

PS Form 3800, August 2006 — See Reverse for Instructions

7012 2920 0001 4867 1127

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILKES BARRE PA 18773

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $1.19 | 0431 |
| Certified Fee | | $3.30 | 14 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.49 | 11/19/2014 |

Postmark: NOV 19 2014

Sent To: Sallie Mae Servicing

Street, Apt. No.; or PO Box No.: P.O. Box 9500

City, State, ZIP+4: Wilkes-Barre, PA 18773

PS Form 3800, August 2006 — See Reverse for Instructions

7012 2920 0001 4867 1134

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20202

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $1.19 | 0431 |
| Certified Fee | | $3.30 | 14 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.49 | 11/19/2014 |

Postmark: NOV 19 2014

Sent To: Education Department / Office of Gen. Coun.

Street, Apt. No.; or PO Box No.: 400 Maryland Ave, SW, Rm 6E353

City, State, ZIP+4: Washington, D.C. 20202

PS Form 3800, August 2006 — See Reverse for Instructions

7012 2920 0001 4867 1110

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

GREENVILLE TX 75403

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $1.19 | 0431 |
| Certified Fee | | $3.30 | 14 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.49 | 11/19/2014 |

Postmark: NOV 19 2014

Sent To: U.S. Dept of Education

Street, Apt. No.; or PO Box No.: P.O. Box 5609

City, State, ZIP+4: Greenville TX 75403

PS Form 3800, August 2006 — See Reverse for Instructions

