UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | | |
|---|---|---|
| In re: | ) | Case No. 14-14888 |
| | ) | |
| CHARLES TIMOTHY MURPHY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Pat E. Morgenstern-Clarren |
| _____ | ) | |
| CHARLES TIMOTHY MURPHY, | ) | Adversary Proceeding No. 14-1202 |
| Plaintiff, | ) | |
| v. | ) | |
| SALLIE MAE, *et al.*, | ) | **ORDER RESCHEDULING PRETRIAL** |
| Defendants. | ) | |

The plaintiff has requested an alias summons in order to perfect service.

IT IS, THEREFORE, ORDERED that the pretrial set for January 8, 2015 is rescheduled to **January 22, 2015 at 8:30 a.m.**

_____
Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge