# United States Bankruptcy Court
## Northern District of Ohio
## Eastern Division

| | | |
|---|---|---|
| IN RE | } | CASE NO. 14-14888 |
| CHARLES TIMOTHY MURPHY | } | CHAPTER 7 PROCEEDINGS |
| Debtor | } | CHIEF JUDGE PAT E. MORGENSTERN-CLARREN |
| CHARLES TIMOTHY MURPHY | } | |
| Plaintiff | } | ADV. PROC. NO. 14-1202 |
| v. | } | |
| SALLIE MAE, et al. | } | |
| Defendants | } | |

### NOTICE OF MOTION OF TEXAS GUARANTEED STUDENT LOAN CORPORATION TO INTERVENE AS PARTY DUE TO TRANSFER OF INTEREST AND FOR EXTENSION OF TIME TO FILE ITS ANSWER

Texas Guaranteed Student Loan Corporation has filed a Motion to Intervene as Party Defendant and for an Extension of time within which to file its Answer with the court on or before December 24, 2014.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before December 23, 2014, you or your attorney must:

1. File a written response, explaining your position, at

    Clerk of Courts
    U.S. Bankruptcy Court
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue
    Cleveland, Ohio 44114-1235

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

    2.    Mail a copy to:

        Frederick S. Coombs, III, Esq.
        Harrington, Hoppe & Mitchell, Ltd.
        26 Market Street, Suite 1200
        Youngstown, Ohio 44503

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without a hearing.

        Respectfully Submitted:

        /s/Frederick S. Coombs, III
        **FREDERICK S. COOMBS, III (0008889)**
        **Harrington, Hoppe & Mitchell, Ltd.**
        P.O. Box 6077
        Youngstown, Ohio 44503
        Telephone: (330) 744-1111
        Facsimile: (330) 744-2029
        Email: fcoombs@hhmlaw.com
        **Attorney for Defendant/Intervenor**
        **Texas Guaranteed Student Loan Corp.**

## CERTIFICATE OF SERVICE

I certify that on December 9, 2014, a true and correct copy of the foregoing **Notice of Motion of Texas Guaranteed Student Loan Corporation to Intervene as Party Due to Transfer of Interest and for Extension of Time to File Its Answer** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Wesley A. Johnston, Esq., on behalf of Charles T. Murphy, Plaintiff, at wesleyajohnston@gmail.com

And via ordinary U.S. Mail upon the following:

Education Department
Office of the General Counsel
400 Maryland Ave, S.W., Room 6E353
Washington, D.C. 20202

Respectfully submitted:

/s/ Frederick S. Coombs, III
**Frederick S. Coombs, III, Esq. (0008889)**
**HARRINGTON, HOPPE & MITCHELL, LTD.**
26 Market Street, Suite 1200
P.O. Box 6077
Youngstown, Ohio 44501
Telephone: (330) 744-1111
Facsimile: (330) 744-2029
E-mail: fcoombs@hhmlaw.com
**Attorney for Texas Guaranteed Student Loan Corporation**