```
                         United States Bankruptcy Court
                            Northern District of Ohio
Murphy,
             Plaintiff                                          Adv. Proc. No. 14-01202-pmc
SALLIE MAE,
             Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: gnunn              Page 1 of 1         Date Rcvd: Dec 19, 2014
                              Form ID: pdf748          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2014.
```
pla            +Charles Timothy Murphy,    855 South Green Road,    South Euclid, OH 44121-3450
dft            +Education Department Office of General Counsel,    400 Maryland Ave SW,   Room 6E353,
                 Washington, DC 20202-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
dft             E-mail/PDF: pa_dc_claims@navient.com Dec 19 2014 22:49:51      SALLIE MAE,   P.O. BOX 9500,
                 WILKES-BARRE, PA  18773-9500
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
id              Texas Guaranteed Student Loan Corporation
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2014 at the address(es) listed below:
```
              Erin E. Brizius    on behalf of Defendant    Education Department Office of General Counsel
               erin.e.brizius2@usdoj.gov, susan.lowe@usdoj.gov
              Frederick S. Coombs, III    on behalf of Intervenor-Defendant   Texas Guaranteed Student Loan
               Corporation fcoombs@hhmlaw.com
              Wesley Alton Johnston    on behalf of Plaintiff Charles Timothy Murphy wesleyajohnston@gmail.com
                                                                                             TOTAL: 3
```



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-14888 |
| | ) | |
| CHARLES TIMOTHY MURPHY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Pat E. Morgenstern-Clarren |
| | ) | |
| _____ | ) | |
| | ) | |
| CHARLES TIMOTHY MURPHY, | ) | Adversary Proceeding No. 14-1202 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **AMENDED**[1] |
| SALLIE MAE, *et al.*, | ) | **ORDER RESCHEDULING PRETRIAL** |
| | ) | |
| Defendants. | ) | |

The plaintiff has requested an alias summons in order to perfect service.

IT IS, THEREFORE, ORDERED that the pretrial set for January 8, 2015 is rescheduled to **January 22, 2015 at 8:30 a.m.** The joint pretrial statement is due on or before **January 19, 2015**.

_____
Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge

---

[1] This amended order sets the date for filing the joint pretrial statement.