This document was signed electronically on January 2, 2015, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: January 2, 2015



Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge

# United States Bankruptcy Court
## Northern District of Ohio
## Eastern Division

| | | |
|---|---|---|
| IN RE | } | CASE NO. 14-14888 |
| CHARLES TIMOTHY MURPHY | } | CHAPTER 7 PROCEEDINGS |
| Debtor | } | |
| | } | CHIEF JUDGE PAT E. MORGENSTERN-CLARREN |
| CHARLES TIMOTHY MURPHY | } | |
| Plaintiff | } | ADV. PROC. NO. 14-1202 |
| v. | } | |
| SALLIE MAE, et al. | } | |
| Defendants | } | |

### ORDER GRANTING MOTION TO INTERVENE AND FOR EXTENSION OF TIME

For good cause shown, Texas Guaranteed Student Loan Corporation (hereinafter "TGSLC") is hereby granted leave to intervene in the within matter as a Defendant/Intervenor

{00229706-1}

and to file its Answer as the successor by assignment to various student loan guarantors within ten (10) days of the date of entry on this Order.

IT IS SO ORDERED.

# # #

Submitted and Approved:

/s/ Frederick S. Coombs, III
**Frederick S. Coombs, III, Esq. (0008889)**
**HARRINGTON, HOPPE & MITCHELL, LTD.**
26 Market Street, Suite 1200
P.O. Box 6077
Youngstown, Ohio  44501
Telephone:  (330) 744-1111
Facsimile:  (330) 744-2029
E-mail:  fcoombs@hhmlaw.com
**Attorney for Defendant/Intervenor**
**Educational Credit Management Corporation**

## SERVICE LIST

Wesley A. Johnston, Esq., on behalf of Charles T. Murphy, Plaintiff, at wesleyajohnston@gmail.com

Erin E. Brizius, Assistant United States Attorney, on behalf of the United States of America, at Erin.E.Brizius2@usdoj.gov