IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: 14-14888 |
| | ) | |
| CHARLES T. MURPHY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE |
| | ) | PAT E MORGENSTERN-CLARREN |
| | ) | |
| CHARLES T. MURPHY | ) | ADVERSARY PROCEEDING NO.: |
| | ) | 14-1202 |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S RULE 26(A)(1)** |
| v. | ) | **INITIAL DISCLOSURES** |
| | ) | |
| SALLIE MAE SERVICING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff CHARLES T. MURPHY, by and through counsel, hereby provides the following disclosures:

A. The name, and if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to supports its claims or defenses, unless the use would be solely for impeachment:

DISCLOSURE:

As to Plaintiff's current income and expenses, expected future income and expenses, amounts of student loan indebtedness, efforts made to repay the loans, and the undue hardship repayment of these loans would impose:

Charles T. Murphy III
855 South Green Road
South Euclid, Ohio 44121
(440) 479-5507

As to exact amount Plaintiff is indebted to this party, including accrued interest:

United States Education Department Office of General Counsel
400 Maryland Avenue SW
Room 6E353

Washington, D.C. 20202

As to exact amount Plaintiff is indebted to this party, including accrued interest:

Texas Guaranteed Student Loan Corporation
Address and phone number unknown

B. A description, by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

DISCLOSURE:

Tax returns, bank statements, and other financial records.
Stored at Plaintiff's residence: 855 South Green Road, South Euclid, Ohio 44121.

C. A computation of each category of damages claimed by the disclosing party – who must make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

Plaintiff is damaged by the presumed nondischargeability of student loan debts in the amounts owed to Education Department and Texas Student Loan Guarantee Corporation, including accrued interest. Amount owed to Education Department currently thought to be approximately $116,880.00 and amount owed to Texas Student Loan Guarantee Corporation currently thought to be approximately $18,171.00.

DISCLOSURE:


D. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

DISCLOSURE:

None / not applicable.


Respectfully submitted,


 /s/ Wesley A. Johnston

Wesley A. Johnston (0061166)
1714 Boardman Poland Road Suite #9
Poland, Ohio 44514
Phone: (330) 746-6301
Fax: (330) 743-3559
Email: wesleyajohnston@gmail.com
Attorney for Plaintiff Charles T. Murphy

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Plaintiff's Rule 26(a)(1) disclosures were served on the individuals listed below by electronic transmission via the ECF, this 5th day of January, 2015.

Erin E. Brizus
erin.e.brizius2@usdoj.gov
Office of the United States Attorney
U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
On behalf of Education Department Office of General Counsel

Frederick S Coombs, III
fcoombs@hhmlaw.com
Harrington, Hoppe & Mitchell, Ltd.
26 Market Street, Suite 1200
P. O. Box 6077
Youngstown, OH 44503
On behalf of Texas Guaranteed Student Loan Corporation, intervening on behalf of Sallie Mae.

Respectfully submitted,
 /s/ Wesley A. Johnston
Wesley A. Johnston (0061166)
Attorney for Plaintiff Charles T. Murphy